## Merry Estate.

Argued November 20, 1973. Before Jones, C. J., Eagen, O'Brien, Roberts, Pomeroy, Nix and Manderino, JJ.

*Desmond J. McTighe,* with him *Philip D. Weiss,* and *McTighe, Brown, Weiss, Bonner & Stewart,* for appellants.

*J. Brooke Aker,* with him *James L. Hollinger,* and *Smith, Aker, Grossman, Hollinger and Jenkins,* for appellees.

*Calvin S. Drayer, Jr.,* and *Menin, Wilson & Flick,* for Lloyd H. Rainwater, III and Girard Trust Bank, executors, appellees.

Opinion Per Curiam, May 22, 1974:
Decree affirmed.   Each party to pay own costs.

## Hoffman, Appellant, *v.* Hoffman.

Argued April 15, 1974.   Before Jones, C. J., Eagen, O'Brien, Roberts, Pomeroy, Nix and Manderino, JJ.

*William L. Huganir,* with him *Butera & Detweiler,* for appellant.

*Anthony J. Giangiulio,* with him *Richard D. Winters,* and *Giangiulio, Katz & Winters,* for appellee.

OPINION PER CURIAM, May 22, 1974:
Decree affirmed. Costs to be borne by appellant.

## Krewson Estate.

Argued April 15, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*David M. Jordan,* with him *Wisler, Pearlstine, Talone, Craig & Garrity,* for appellant.

*J. F. Christin, III,* with him *Samuel H. High, Jr.,* and *High, Swartz, Roberts & Seidel,* for appellee.